PHILLIP A. TALBERT
United States Attorney
KRISTIN F. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Dec 12, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR TRACKING WARRANT CONCERNING:<br><br>A WHITE 2006 TOYOTA COROLLA, WITH LICENSE PLATE 9EEU038, AND VIN: JTDBR32E860073991 | CASE NO. 2:23-SW-0754 AC<br><br>ORDER TO UNSEAL TRACKING WARRANT AND TRACKING WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: 12/12/2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE